# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered:  January 19, 2017          D-9-17
_____

In the Matter of FRANCIS D.
    MACKIN, an Attorney.                   MEMORANDUM AND ORDER
                                                ON MOTION
(Attorney Registration No. 4963955)
_____


Calendar Date:  January 11, 2017

Before:  Peters, P.J., McCarthy, Garry, Mulvey and Aarons, JJ.

                        _____


        Francis D. Mackin, Marlton, New Jersey, pro se.

        Monica A. Duffy, Attorney Grievance Committee for the Third
Judicial Department, Albany, for Attorney Grievance Committee for
the Third Judicial Department.


                        _____


Per Curiam.

        Francis D. Mackin was admitted to practice by this Court in
2011 and lists a business address in Marlton, New Jersey with the
Office of Court Administration.  Mackin now seeks leave to resign
from the New York bar for nondisciplinary reasons (see Uniform
Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22
[a]).  The Attorney Grievance Committee for the Third Judicial
Department advises that it does not oppose Mackin's application.

        Upon reading the affidavit of Mackin sworn to September 27,
2016, and upon reading the correspondence in response by the
Chief Attorney for the Attorney Grievance Committee for the Third
Judicial Department, and having determined that Mackin is
eligible to resign for nondisciplinary reasons, we grant his
application and accept his resignation.

Peters, P.J., McCarthy, Garry, Mulvey and Aarons, JJ., concur.

ORDERED that Francis D. Mackin's application to resign is granted and his nondisciplinary resignation is accepted; and it is further

ORDERED that Francis D. Mackin's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Uniform Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further

ORDERED that Francis D. Mackin shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.

ENTER:

Robert D. Mayberger
Clerk of the Court